O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-7-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING KIJAFA BLANCHE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>J. SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-4410-CAS (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: 4/2/14

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE