JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STERLING KIJAFA BLANCHE,

            Petitioner,

vs.

J. SOTO, Warden,

            Respondent.

Case No. CV 13-4410-CAS (RNB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/2/14

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE